**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CASE NO. 1:17-CV-136-GNS**

UNION UNDERWEAR COMPANY, INC.
d/b/a FRUIT OF THE LOOM                                                                                          PLAINTIFF

v.        **ORDER ON PLAINTIFF'S MOTION FOR**
           **EXPEDITED DISCOVERY**

MARK W. HARTMAN                                                                                                  DEFENDANT

This matter is before the Court on Plaintiff's Motion for Expedited Discovery Regarding its Motion for Preliminary Injunction. For good cause shown, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that —

1. Defendant Mark W. Hartman shall respond to Plaintiff's First Set of Requests for Production of Documents within 7 days of the date of this Order; and

2. Plaintiff shall take the deposition of Defendant within 10 days of the date of this Order.

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

July 31, 2017

Clerk, please send copies to:
Ms. Regina A. Jackson
Mr. Matthew H. Lembke (*pro hac vice* pending)
Mr. Zachary A. Madonia (*pro hac vice* pending)
Mr. Mark W. Hartman