**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:17-CV-136-GNS**

UNION UNDERWEAR COMPANY, INC.
d/b/a FRUIT OF THE LOOM                                                                           PLAINTIFF

v.        **JOINT MOTION FOR ENTRY OF CONSENT FINAL JUDGMENT**

MARK W. HARTMAN                                                                                    DEFENDANT

Plaintiff Union Underwear Company, Inc. d/b/a Fruit of the Loom ("Union Underwear") and Defendant Mark W. Hartman ("Hartman") jointly move the Court to enter the Consent Final Judgment attached to this motion as Exhibit A.

Dated:  August 10, 2017                                        Respectfully submitted,

                                                                                */s/ Matthew H. Lembke*
                                                                                Regina A. Jackson
                                                                                ENGLISH LUCAS PRIEST & OWLSEY, LLP
                                                                                1101 College Street, P.O. Box 770
                                                                                Bowling Green, KY  42102
                                                                                (270) 781-6500
                                                                                (270) 782-7782 (fax)
                                                                                rjackson@elpolaw.com

                                                                                Matthew H. Lembke (*pro hac vice*)
                                                                                Zachary A. Madonia (*pro hac vice*)
                                                                                BRADLEY ARANT BOULT CUMMINGS LLP
                                                                                1819 Fifth Avenue North
                                                                                Birmingham, AL  35203
                                                                                (205) 521-8000
                                                                                (205) 521-8800 (fax)
                                                                                mlembke@bradley.com
                                                                                zmadonia@bradley.com

                                                                                Counsel for Plaintiff Union Underwear Company, Inc. d/b/a Fruit of the Loom

| | |
|---|---|
| Dated: August 10, 2017 | Respectfully submitted,<br><br>*/s/ David L. Kelly (with express permission)*<br>David L. Kelly<br>KEULER KELLY HUTCHINS & BLANKENSHIP, LLP<br>100 S. Fourth Street, Suite 400<br>Paducah, KY 42001<br>(270) 448-8888<br>(270) 448-0998<br>dkelly@kkhblaw.com<br><br>Counsel for Defendant Mark W. Hartman |