# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CASE NO. 1:17-CV-136-GNS**

UNION UNDERWEAR COMPANY, INC.
d/b/a FRUIT OF THE LOOM                                           PLAINTIFF

v.            **CONSENT FINAL JUDGMENT**

MARK W. HARTMAN                                                  DEFENDANT

This matter is before the Court on the Joint Motion for Entry of Consent Final Judgment filed by Plaintiff Union Underwear Company, Inc. d/b/a Fruit of the Loom ("Union Underwear") and Defendant Mark W. Hartman ("Hartman"). The parties now consent to entry of this final judgment, as set forth below.

The Joint Motion for Entry of Consent Final Judgment is hereby GRANTED and it is ORDERED and ADJUDGED as follows:

1. For the period from the date of entry of this Consent Final Judgment until July 10, 2018, Hartman shall not work or provide services for Hanesbrands Inc., Gildan Activewear Inc., Nike Inc., Adidas Group, Under Armour, Inc., PVH Corp., Calvin Klein, Inc., Lifetime Products, Inc., Wilson Sporting Goods Co., Rawlings Sporting Goods Company, Inc., Jockey International, Inc., Baden Sports, Inc., Mizuno USA Inc., Broder Bros. Co., Ennis, Inc. d/b/a Alstyle Apparel & Activewear, Delta Apparel, Inc., SanMar Corp., AmeriCo., Inc., VF Corporation, Wacoal America, Chico's FAS, Inc., L Brands, Inc. d/b/a Victoria's Secret, or any of their subsidiaries, affiliated companies, or successors, whether as an independent contractor, adviser or otherwise, in any area, position or capacity in which he gained particular knowledge and experience during his employ with Union Underwear.

In addition, without limiting any of the foregoing, from the date of entry of this Consent Final Judgment in perpetuity, Hartman shall specifically be prohibited from the following:

(a) Sharing any Confidential Information or Trade Secrets (as those terms are defined in the Agreement Regarding Confidential Information executed by Hartman on April 1, 2016) of Union Underwear or any Union Underwear affiliate that Hartman acquired during his employment with Union Underwear;

(b) Participating in any way in any discussion, whether verbally or in writing, concerning any Confidential Information or Trade Secrets of Union Underwear or any Union Underwear affiliate;

(c) Participating in any way in any discussion, whether in verbally or in writing, concerning the short and/or long-range strategies of Union Underwear regarding Union Underwear's men's and boys' underwear business, women's underwear or intimate apparel business, or casualwear/activewear business.

2. Notwithstanding the foregoing, during the period from the date of entry of this Consent Final Judgment until July 10, 2018, Hartman shall not be prohibited from being employed by Hanes to lead Hanes's research effort into the feasibility of expanding Hanes Australasia Ltd.'s Bonds-branded babywear product line into markets outside of Australia.

3. For the period from the date of entry of this Consent Final Judgment until July 10, 2018, Hartman shall not directly or indirectly solicit or participate in soliciting any retailer, wholesaler, distributor, or other entity which purchased products of Union Underwear or any Union Underwear affiliate during Hartman's employment with Union Underwear:

(a) to purchase products from Hanes, Gildan Activewear Inc., Nike Inc., Adidas Group, Under Armour, Inc., PVH Corp., Calvin Klein, Inc., Lifetime Products, Inc., Wilson Sporting Goods Co., Rawlings Sporting Goods Company, Inc., Jockey International, Inc., Baden Sports, Inc., Mizuno USA Inc., Broder Bros. Co., Ennis, Inc. d/b/a Alstyle Apparel &

> Activewear, Delta Apparel, Inc., SanMar Corp., AmeriCo, Inc., VF Corporation, Wacoal America, Chico's FAS, Inc., L Brands, Inc. d/b/a Victoria's Secret, or any of their subsidiaries, affiliated companies, or successors; or
>
> (b) to decrease its level of business or discontinue doing business with Union Underwear.

4. Within ten (10) days of the date of entry of this Consent Final Judgment, Hartman and his attorney shall each certify in writing to Union Underwear that they have destroyed, permanently deleted, or returned to Union Underwear all Union Underwear Confidential Information or Trade Secrets in their possession or control.

5. Union Underwear's complaint is dismissed with prejudice, with the parties agreeing that they will each be responsible for their own respective costs and attorneys' fees.

6. This Court shall retain jurisdiction to resolve any dispute arising from or related to this Consent Final Judgment.

DONE and ORDERED

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record